IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAN LONG, | ) |
| | ) |
| Plaintiff, | )       4:06CV3255 |
| | ) |
| v. | ) |
| | ) |
| CHRIS BECKER, | )       ORDER |
| | ) |
| Defendant. | ) |

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED:

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 30th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge