```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA

JAN LONG,                          )
                                   )
              Plaintiff,           )        4:06CV3255
                                   )
         v.                        )
                                   )
CHRIS BECKER, Individually         )        ORDER
and in his capacity as             )
Sheriff of Harlan County,          )
Nebraska,                          )
                                   )
              Defendant.           )
                                   )
```

This case has been reassigned to the undersigned magistrate judge for judicial supervision and processing of all pretrial matters.

IT THEREFORE HEREBY IS ORDERED,

The Rule 16 telephone planning conference will be held with the undersigned and is rescheduled to May 16, 2007 at 9:00 a.m. **Plaintiff's counsel shall initiate the call to 402-437-5235.**

DATED this 6th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge