```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

JAN LONG,                          )
                                   )
              Plaintiff,            )        4:06CV3255
                                   )
         v.                        )
                                   )
CHRIS BECKER, Individually         )        ORDER
and in his capacity as             )
Sheriff of Harlan County,          )
Nebraska,                          )
                                   )
              Defendant.            )
                                   )
```

IT IS ORDERED:

The parties' stipulation and joint motion to stay progression order, filing 17, is denied as moot. This case was previously stayed until further order by the Mediation Reference Order dated April 12, 2007 (filing 16).

DATED this 21st day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge