IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAN LONG, | ) | 4:06CV3255 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| CHRIS BECKER, Individually and as | ) | |
| SHERIFF OF HARLAN COUNTY, | ) | |
| NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed, with prejudice, each party to bear their own costs and complete record waived.

September 10, 2007            BY THE COURT:

                              *s/Richard G. Kopf*
                              United States District Judge